## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CECLIA TATE,**                                                           **PLAINTIFFS**
**Guardian of Adaisyah Coley,**
**on behalf of Estate of Derick Coley, *et al*.**

**v.**                         **CASE NO. 4:20-CV-00558-BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS, *et al*.**                               **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 15th day of December, 2020.


_____
UNITED STATES DISTRICT JUDGE

.